UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Action No. 7: 15-003-DCR |
| Plaintiff, | ) | and |
| | ) | Civil Action No. 7: 18-069-DCR |
| V. | ) | |
| | ) | |
| MARCELO SALINAS, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff United States of America with respect to all issues raised in the Defendant/Movants' collateral proceeding.

2. The defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 26th day of July, 2018.

